The Court approves the dismissal without prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **GNJ CONSTRUCTION LLC**<br><br>Plaintiff,<br><br>-vs.-<br><br>**E EVERSTREAM SOLUTIONS, LLC DBA EVERSTREAM**<br><br>Defendant. | Case No.: 1:23-cv-00291<br><br>Judge: Hon. James S. Gwin |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, GNJ Construction, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all claims asserted in this action WITHOUT PREJUDICE.

DATED: March 20, 2023

Respectfully submitted,

MACK LAW CO., LPA

/s/ Edmond J. Mack
Edmond J. Mack (0082906)
PO Box 8276
Canton, Ohio 44711
Telephone:  (330) 451-6883
Facsimile:  (330) 961-3772
Email: emack@macklawco.com

*Counsel for Plaintiff,*
*GNJ Construction, LLC*